UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MITCHELL WILLIAMS

VERSUS

LOUISIANA, ERIN DELANY,
ILLINOIS, HEATHER V. KIMMONS,
SECRETARY OF STATE OF HAWAII,
SECRETARY OF STATE OF NEW MEXICO

CIVIL ACTION

NO. 16-93-SDD-EWD

RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Erin Wilder-Doomes, Jr. dated June 27, 2016. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, this matter shall be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

Baton Rouge, Louisiana, August  10 , 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA